IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Maiden, Darren | Case Number: 08 B 23633 |
|---|---|
| | Judge: Squires, John H |
| Printed: 02/17/09 | Filed: 9/8/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 7, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 2. | Brown Street Station Townhouse Condomini | Secured | 0.00 | 0.00 |
| 3. | Wachovia Dealer Services | Secured | 33,868.00 | 0.00 |
| 4. | GMAC Mortgage Corporation | Secured | 49,875.93 | 0.00 |
| 5. | Litton Loan Servicing | Unsecured | 7,069.53 | 0.00 |
| 6. | American Express | Unsecured | 1,138.80 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 401.50 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 304.53 | 0.00 |
| 9. | Receivables Management Inc | Unsecured | 90.00 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 96.64 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 49.77 | 0.00 |
| 12. | Fremont Investment & Loan | Secured | | No Claim Filed |
| 13. | HomeComings Financial Network | Secured | | No Claim Filed |
| 14. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 15. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 16. | Wilshire Credit Corp | Unsecured | | No Claim Filed |
| 17. | Collection Company Of America | Unsecured | | No Claim Filed |
| 18. | Nicor Gas | Unsecured | | No Claim Filed |
| 19. | HSBC | Unsecured | | No Claim Filed |
| 20. | American Collection Corp | Unsecured | | No Claim Filed |
| | | | $ 92,894.70 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Maiden, Darren | Case Number:  08 B 23633 |
| | Judge:  Squires, John H |
| Printed: 02/17/09 | Filed:  9/8/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*